

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

June 20, 2022

**The application is GRANTED.** The parties' time to restore this action to the Court's calendar is extended to **July 20, 2022**. The Clerk of Court is respectfully directed to close the motion at Docket No. 22.

Dated: June 21, 2022
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

<u>VIA ECF</u>

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re:     *Hirsch v. Insider Media Group,* 1:22-cv-00019-

Dear Judge Schofield:

We represent Plaintiff Steven Hirsch in the above-captioned case and write pursuant to section B.2 of the Court's Individual Rules to respectfully request a 30-day extension of time for the parties to file a Notice of Dismissal or otherwise re-open the case.

1) The original deadline is scheduled for June 23, 2022 [Dkt. No. 20] and the parties seek an extension through July 20, 2022.;

2) This is the first request for an extension of the deadline.

3) No previous extensions have been granted.

4) Defendant Insider Media Group consents to the requested relief.

An extension is requested because, despite best efforts, the parties were not able to consummate the settlement before the original deadline. No other dates will be impacted if the Court grants the requested relief.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*